AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nugent, Robert E. | District of Kansas | 09/25/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

104 U.S. Courthouse
401 North Market
Wichita, Kansas 67202

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Immediate Past President | National Conference of Bankruptcy Judges |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 09/25/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 1-12/16 | Realtor Income through |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Nat'l Conf. of Bankruptcy Judges | 3/14-3/15/2016 | Fort Worth, TX | NCBJ Midyear Meeting | travel, meals, and lodging |
| 2. | Kansas Bar Association | 4/8/2016 | Overland Park, KS | KBA Section Seminar | travel |
| 3. | Bankruptcy Bar Assoc. S.D. Fla. | 5/12-5/15/2016 | Chicago ILMarco Island, FL | BBA Annual Weekend Retreat CLE | travel, meals, and lodging |
| 4. | American College of Bankruptcy | 5/20/2016 | Kansas City MO | ACB UMKC Fellows Seminar | travel |
| 5. | Nat'l Assoc. of Bankruptcy Trustees | 9/8-/9/2016 | San Diego, CA | NABT Annual Meeting | travel, meals, and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 09/25/2017 |

| | | | | |
|---|---|---|---|---|
| 6. | Nat'l Conf. of Bankruptcy Judges | 10/25-10/29/2016 | San Francisco, CA | NCBJ Annual Meeting | travel, meals, and lodging |
| 7. | American Bankruptcy Institute | 9/29-9/30/2016 | Kansas City, MO | ABI Midwestern Conference | travel, meals and lodging |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 09/25/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   R/O IRA #1 (H) | | | | | | | | | |
| 2.   --Fidelity Gov't MM Daily Money Fund (R/O IRA) | A | Int./Div. | K | T | | | | | |
| 3.   --Transamerica MMA | A | Int./Div. | | | Sold | 01/15/16 | L | A | |
| 4.   --Rydex Gov't Long Bond Fd | A | Int./Div. | | | Buy | 01/13/16 | M | | |
| 5. | | | | | Sold | 02/26/16 | M | C | |
| 6.   --Rydex HY Strategy Bond Fd | B | Int./Div. | M | T | Buy | 03/10/16 | L | | |
| 7. | | | | | Sold | 06/30/16 | L | B | |
| 8. | | | | | Buy | 07/12/16 | M | | |
| 9.   --Northern HY Fixed Inc | A | Int./Div. | M | T | Buy | 07/12/16 | M | | |
| 10.  --American High Income F1 | A | Int./Div. | | | Buy | 02/26/16 | L | | |
| 11. | | | | | Sold | 06/30/16 | L | D | |
| 12.  --Black Rock HY Bond ClassA | A | Int./Div. | | | Buy | 02/26/16 | L | | |
| 13. | | | | | Sold | 06/30/16 | L | C | |
| 14.  --Putnam HY Class A | B | Int./Div. | | | Buy | 02/26/16 | L | | |
| 15. | | | | | Sold | 06/30/16 | K | B | |
| 16.  --United Development Funding IV | A | Int./Div. | J | T | | | | | |
| 17.  --Global Net Lease, Inc.(X) | A | Int./Div. | | | Sold | 03/14/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | --Direxion HY Bull | B | Int./Div. | L | T | Buy | 07/12/16 | L | | |
| 19. | --Transamerica High Yield | B | Int./Div. | | | Buy (add'l) | 02/26/16 | K | | |
| 20. | | | | | | Buy (add'l) | 03/14/16 | K | | |
| 21. | | | | | | Sold | 06/30/16 | L | C | |
| 22. | --JP Morgan Gov Bond Fd | A | Int./Div. | | | Sold | 01/13/16 | M | | |
| 23. | --JP Morgan Liquid Assets MMA | A | Dividend | | | Sold | 01/13/16 | M | A | |
| 24. | --JP Morgan High Yield Bond Fd--see Part 8 | A | Int./Div. | | | Sold | 10/21/15 | M | | |
| 25. | --Halcon Res Corp | A | Int./Div. | J | T | | | | | |
| 26. | --Vereit, f/k/a Ameerican Realty Capital-- see Part VIII | A | Int./Div. | | | Sold | 03/14/16 | J | | |
| 27. | R/O IRA #2 (H) | | | | | | | | | |
| 28. | --Fidelity Gov't MM Daily Money Fund (R/O IRA) | A | Int./Div. | K | T | | | | | |
| 29. | --American Funds Fundamental Inv. | B | Int./Div. | K | T | | | | | |
| 30. | --American Funds Growth | B | Int./Div. | K | T | | | | | |
| 31. | | | | | | | | | | |
| 32. | --AmFunds Income Fund America | B | Int./Div. | K | T | | | | | |
| 33. | | | | | | | | | | |
| 34. | Simple IRA #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --American Funds as below: | | | | | | | | | |
| 36. --American Mutual Fund | A | Int./Div. | K | T | Buy (add'l) | 06/14/16 | J | | |
| 37. --Fundamental Investors | A | Int./Div. | J | T | Buy (add'l) | 06/14/16 | J | | |
| 38. --Capital Income Builder | A | Int./Div. | K | T | Buy (add'l) | 06/14/16 | J | | |
| 39. --Growth Fund America | A | Int./Div. | J | T | Buy (add'l) | 06/14/16 | J | | |
| 40. --Capital World Growth | A | Int./Div. | J | T | Buy (add'l) | 06/14/16 | J | | |
| 41. | | | | | Buy (add'l) | 06/14/16 | J | | |
| 42. Emprise Bank Account | A | Interest | J | T | | | | | |
| 43. Emprise Bank MMA | A | Interest | J | T | | | | | |
| 44. Emprise Bank Passbook Account II | A | Interest | J | T | | | | | |
| 45. Citizens Bank Saving | A | Interest | J | T | | | | | |
| 46. Learning Quest 529 Fund Short-term (American Century) | A | Distribution | J | T | | | | | |
| 47. Vanguard MMA | A | Dividend | J | T | | | | | |
| 48. Northwestern Mutual Whole Life #1 | A | Dividend | K | T | | | | | |
| 49. Northwestern Mutual Whole Life #2 | A | Dividend | K | T | | | | | |
| 50. Northwestern Mutual Whole Life #3 | A | Dividend | J | T | | | | | |
| 51. Emprise CD 6 (77) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 09/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Realty LLC | G | Distribution | K | U | Buy | 03/15/16 | J | | |
| 53. --CrossFirst Bank Business | A | Interest | K | T | | | | | |
| 54. CrossFirst Bank MMA--see Part 8 | B | Interest | M | T | | | | | |
| 55. CrossFirst Pers Savings | A | Interest | K | T | | | | | |
| 56. | | | | | | | | | |
| 57. Bulls & Bears Investment Club (H)--see Part 8 | | | | | | | | | |
| 58. --Alphabet A | A | Int./Div. | J | T | | | | | |
| 59. --Alphabet C | A | Int./Div. | J | T | | | | | |
| 60. --Amazon | A | Int./Div. | J | T | | | | | |
| 61. --Amgen | A | Int./Div. | J | T | | | | | |
| 62. --GE | A | Int./Div. | J | T | | | | | |
| 63. --Ishares Emerg Mkt | A | Int./Div. | J | T | | | | | |
| 64. --Phillips 66 | A | Int./Div. | J | T | | | | | |
| 65. --Williams Co | A | Int./Div. | J | T | | | | | |
| 66. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nugent, Robert E. | 09/25/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III-B--as discussed below, spouse established single-member LLC for business.

Part 7, Line 21--American Realty Capital, Inc. changed its name to Vereit, Inc. sometime in 2015. Held this stock in RO IRA #1 on 12/31/15 in J amount, but inadvertently omitted from 2015 report--was included in 2014 report.

Part 7, Line 24--Sold JP Morgan HY Fund 12/10/15; amount M. Inadvertent omission from 2015 report.

Part 7, IRA #2's interest in American New Perspective closed out on 7/18/2012--no gain, and sold for value code K. Apparently failed to remove this row over the years and have done so now.

Part 7, Line 52-54--Spouse established single-member LLC for realtor business; CrossFirst Bank "Business" reported last year as sole proprietor business account; CrossFirst Bank MMA, formerly reported as "Business" MMA still perosnally held.

Part 7, Line 57, et seq. I am 1/60 of this investment club and was admitted on 10/15/16. I only know month of acquisition--date shown as first of applicable months is supposition only.

Part 7, general statement:

In further response to the Committee's letter dated September 20, 2017, I reviewed my prior reports. In so doing, I noted that I reported my interest in Hartford High Yield as "sold" as of August 5, 2014 per line 15 of my 2014 report. I did not delete the holding's header from my '15 report which has now been closed.

As for Ivy High Income, per line 14 of my 2013 report, that entire position was sold on July 25, 2013. Unfortunately, I showed it "sold in part" when it should have, in fact, been shown as "sold." Again, the header carried forward to both the 2014 and 2015 reports due to my failure to delete it.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Nugent**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544